IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CYNTHIA YEOMANS, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 1:09cv488-WHA |
| | )          (wo) |
| FORSTER AND HOWELL, INC., etc., al, | ) |
| Defendants. | ) |

ORDER

This cause is before the court on the Plaintiff's Motion to Renew Motion to Stay Proceedings Pending Outcome of Criminal Case (Doc. #33).

This court previously denied a Motion to Stay filed by the Plaintiff on the ground that it was premature. The Plaintiff now seeks to renew her motion, stating that the court's September 23, 2009 deadline to answer the counterclaim filed by the Defendant will force her to invoke her Fifth Amendment rights, or subject her to the possibility of entry of default on the counterclaim.

Having been advised at the hearing on the original motion to stay that the Plaintiff's criminal case has been set for a date in November, 2009, and balancing the rights of the parties, the court is willing to grant a limited stay only until the end of November, 2009. Accordingly, it is hereby ORDERED as follows:

1. The Motion to Renew Motion to Stay Proceedings Pending Outcome of Criminal Case is GRANTED to the extent that this case is STAYED until **November 30, 2009.**

2. The Plaintiff shall file an Answer to the counterclaim **no later than November 30, 2009.**

Done this 22nd day of September, 2009.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE